Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __CT Corporation System__, who is designated by law to accept service of process on behalf of *(name of organization)* __Resolve Solutions Services Corporation__ on *(date)* __April 4, 2014__; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 4/25/2014

_Richard D. Myers II_
Server's signature

Richard D. Myers II (Plaintiff)
Printed name and title

270 17th Street NW (#1502) Atlanta, GA 30363
Server's address

Additional information regarding attempted service, etc:

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
APR 25 2014
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## UNITED STATES DISTRICT COURT
for the
Northern District of Georgia
Atlanta DIVISION

RICHARD DEAN MYERS, II
_____
Plaintiff(s)

v.

RESOLVE SOLUTION SERVICES, Corp., ETL.
_____
Defendant(s)

Civil Action No. **1:14-CV-0968**

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Resolve Solution Services, Corp.
Through Processing Agent
CT Corporation System
1201 Peachtree Street NE
Atlanta, GA 30361

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard Dean Myers, II
270 17th Street NW
#1502
Atlanta, GA 30363

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JAMES N. HATTEN**
CLERK OF COURT

Date: APR 0 2 2014

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 25 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Robert G. Tucker, who is designated by law to accept service of process on behalf of *(name of organization)* Neighborhood Housing Services of Chicago, Inc. on *(date)* April 4, 2014; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 4/25/2014

_Richard D. Myers II_
Server's signature

Richard D. Myers II (Plaintiff)
Printed name and title

270 17th Street NW (#1502) Atlanta, GA 30363
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia
ATLANTA DIVISION

Richard Dean Myers II
_____
Plaintiff(s)

v.

Civil Action No. 1:14-CV-0968

Neighborhood Housing Services of Chicago, Inc,
_____
Defendant(s)
ETL.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Neighborhood Housing Services of Chicago, Inc.
Through Registered Agent
Robert G. Tucker
1279 North Milwaukee Avenue (4th Floor)
Chicago, Illinois 60622

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard Dean Myers II
270 17th Street NW
#1502
Atlanta, Georgia 30363

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JAMES N. HATTEN**
CLERK OF COURT

Date: APR 02 2014

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 25 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __CT Corporation System__, who is designated by law to accept service of process on behalf of *(name of organization)* __Kyanite Financial Business Services, Inc.__ on *(date)* __April 4, 2014__; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__

I declare under penalty of perjury that this information is true.

Date: __4/25/2014__

_Richard D. Myers I_
Server's signature

__Richard D. Myers II (Plaintiff)__
Printed name and title

__270 17th Street NW (#1502) Atlanta, GA 30363__
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia
ATLANTA DIVISION

Richard Dean Myers II
Plaintiff(s)

v.

Civil Action No. 1:14-CV-0968

Kyanite Financial Business Services, Inc.
Defendant(s)
ETL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Kyanite Financial Business Services, Inc.
Through Registered Agent
CT Corporation System
1201 Peachtree Street NE
Atlanta, GA 30361

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard Dean Myers II
270 17th Street NW
#1502
Atlanta, GA 30363

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
CLERK OF COURT

Date: APR 0 2 2014

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 2 5 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **CT Corporation System**, who is designated by law to accept service of process on behalf of *(name of organization)* **Seterus, Inc.** on *(date)* **April 4, 2014** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 4/25/2014

*Richard D. Myers II*
Server's signature

Richard D. Myers II (Plaintiff)
Printed name and title

270 17th Street NW (#1502) Atlanta, GA 30363
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia
ATLANTA DIVISION

RICHARD DEAN MYERS, II
*Plaintiff(s)*

v.

Civil Action No. 1:14-CV-0968

SETERUS, INC, ETL.
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
SETERUS, INC
Through Processing Agent
CT Corporation System
1201 Peachtree Street NE
Atlanta, Georgia 30361

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Richard Dean Myers, II
270 17th Street NW
#1502
Atlanta, Georgia 30363

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
CLERK OF COURT

Date: APR 0 2 2014

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 25 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **CT Corporation System**, who is designated by law to accept service of process on behalf of *(name of organization)* **Citimortgage, Inc.** on *(date)* **April 4, 2014** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 4/25/2014

_Richard D. Myers II_
Server's Signature

Richard D. Myers II (Plaintiff)
Printed name and title

270 17th Street NW (#1502) Atlanta, GA 30363
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia
ATLANTA DIVISION

RICHARD DEAN MYERS, II
*Plaintiff(s)*

v.

CITIMORTGAGE, INC, ETL
*Defendant(s)*

Civil Action No. 1:14-CV-0968

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
CitiMortgage
Through Registered Agent
CT Corporation
1201 Peachtree Street NE
Atlanta, Georgia 30361

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard Dean Myers, II
270 17th Street NW
#1502
Atlanta, Georgia, 30363

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
CLERK OF COURT

Date: APR 0 2 2014

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 25 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __CT Corporation System__, who is designated by law to accept service of process on behalf of *(name of organization)* __Citigroup, Inc.__
on *(date)* __April 4, 2014__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__

I declare under penalty of perjury that this information is true.

Date: __4/25/2014__

*Richard D. Myers II*
Server's signature

__Richard D. Myers II (Plaintiff)__
Printed name and title

__270 17th Street NW (#1502) Atlanta, GA 30363__
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
для the

Northern District of Georgia
ATLANTA DIVISION

RICHARD DEAN MYERS, II
_Plaintiff(s)_

v.

CITIGROUP, INC, ETL.
_Defendant(s)_

Civil Action No. 1:14-CV-0968

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_
CITIGROUP, INC.
Through Registered Agent
CT Corporation System
1201 Peachtree Street NE
Atlanta, Georgia 30361

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Richard Dean Myers, II
270 17th Street NW
#1502
Atlanta, Georgia 30363

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JAMES N. HATTEN**
_CLERK OF COURT_

Date: APR 0 2 2014

_Signature of Clerk or Deputy Clerk_