IN THE DISTRICT COURT FOR

THE NOTHERN DISTRIC OF GEORGIA

ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 0 4 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | | |
|---|---|---|
| **Richard D. Myers II** | ) | Civil Action No: 1:14-CV-0968-AT-ECS |
| Plaintiffs, *Pro Se* | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| **Citigroup, Inc., et al.** | ) | |
| Defendants | ) | |

### PLAINTIFF'S NOTICE OF CHANGE IN ADDRESS

Comes now, Richard D. Myers II, Plaintiff, *Pro Se,* and notifies this Court of his change in address, effective immediately, this 4th day of September, 2014. All named counsel pursuant to this matter has been notified via electronic mail, on September 3, 2014. All mailings of correspondence and served documents are to be directed to the following address:

Richard D. Myers II

3099 Leyland Court

Decatur, GA 30034

Respectfully submitted this 4th day of September, 2014

By:

*Richard D. Myers II*

Richard D. Myers II, (Plaintiff, *Pro Se)*

r.myers@inbox.com

(919) 799-3131